[No. 39618-1-II. Division Two. August 31, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN GEORGE GREENE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00103-4, Gary R. Tabor, J., entered July 30, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 39683-1-II. Division Two. August 31, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY CARINIO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01545-9, Sergio Armijo, J. Pro Tem., entered August 13, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 39728-5-II. Division Two. August 31, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JAMES HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03497-8, Brian M. Tollefson, J., entered August 27, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 28147-7-III. Division Three. August 31, 2010.]

*In the Matter of the Marriage of* CELESTE CLARICE DAVAZ, *Respondent*, and CYRIL WILLIAM DAVAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 08-3-00028-1, Rebecca M. Baker, J., entered May 14, 2009. *Reversed* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.